946 F.2d 900
 Anixter (Ivan A.), Kunkel (E.M.), Cross (Wynema Anna,
Norman, Jr.), Cross & Co., Borch (Fred), Smith (J.), Ammidon
(Hoyt), Dennler (William), Gates (Thomas), Westfall (Ted),
Bueche (Arthur), Gouldthorpe (Hubert), McCune (Francis),
Buda (Joseph), Horak (Joseph), Hilburn (Earl), Waldron
(Hicks), Lockton (John), Powers (Peter), Thorner (Thomas),
Grohne (William), Warren (Beatrice), Bennett (Joseph)
v.
Continental Casualty Company, Amer. Home Assur. Co., Fed. Ins. Co.
 NO. 91-5052
 United States Court of Appeals,
Tenth Circuit.
 OCT 23, 1991
 
 1
 Appeal From: N.D.Okl.
 
 
 2
 REVERSED.